FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEEGAN BENCH, LINDSEY BENCH, and JEFFREY JOHNSON as Guardian Ad Litem of L.B., a minor, and M.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.  2:25-CV-00339-ACE<br><br>ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR PROTECTIVE ORDER<br><br>**ECF No. 19** |

**BEFORE THE COURT** is Defendant's motion for the entry of a stipulated protective order.  ECF No. 19.

The United States requests, and Plaintiff stipulates to, the entry of a stipulated Protective Order pursuant to 5 U.S.C. § 552a(b)(11) (the federal Privacy Act) and Fed. R. Civ. P. 26(c) in order to protect the disclosure of third-party government employees' and other nonparties' Personally Identifiable Information (PII), including highly personal – private residential or email addresses, and/or phone numbers.  ECF No. 19.  The United States indicates that the proposed Protective Order is necessary to authorize it to disclose certain private and/or sensitive personal/personnel information that is contained in the United States' electronic databases (i.e., incident report and investigative files).  ECF No. 19 at 5.

ORDER - 1

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1.　Defendant's motion for entry of stipulated protective order, **ECF No. 19**, is **GRANTED**.

2.　The Court shall forthwith file the stipulated protective order in the form attached to the instant motion (ECF No. 19-1).

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED May 1, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2